IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON L. TAYLOR,

     Plaintiff,                   No. 2:12-cv-1854 GGH P

     vs.

ROBERT BOYLE, et al.,

     Defendants.              ORDER

_____/

     This is a civil action filed pursuant to 42 U.S.C. § 1983 by a county prisoner. Plaintiff proceeds pro se and in forma pauperis, and has consented to the jurisdiction of this court. See Doc. No. 3.

     By order filed August 23, 2012, the court granted plaintiff twenty-eight days to file an amended complaint. In the August 23, 2012 order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  For the reasons given in the August 23, 2012, order, IT IS HEREBY ORDERED
2  that this action be dismissed with prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: October 16, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:rb/tayl1854.fta